UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates to:**

| | |
|---|---|
| *Patricia A. Burres v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11426-DRH |
| *Erica Hayes v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11437-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 3, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
           **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.08
13:23:18 -05'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT